**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-03545-NYW

B.G.,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of the Social Security Administration,

Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Memorandum Opinion and Order of United States District Judge Nina Y. Wang entered on March 30, 2026 [Doc. 14], it is

ORDERED that the Commissioner's decision is respectfully AFFIRMED. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant Commissioner, Social Security Administration and against Plaintiff B.G.

DATED at Denver, Colorado this 30th day of March, 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/C. Pearson, Deputy Clerk